# United States District Court
# For The Western District of North Carolina
# Asheville Division

BELTRAN MORALES-ROBLERO,

       Petitioner,

vs.

UNITED STATES OF AMERICA,

       Respondent.

JUDGMENT IN A CIVIL CASE

CIVIL CASE NO. 1:10cv104
(CRIMINAL CASE NO. 1:08cr92)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/1/10 Memorandum and Order.

Signed: June 1, 2010

Frank G. Johns, Clerk
United States District Court